IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03100-LTB

JIMMY W. TANKSLEY,

    Applicant,

v.

JAMES FALK, Warden, Sterling Facility, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

---

## JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on February 6, 2015, it is hereby

    ORDERED that Judgment is entered in favor of Respondents and against Applicant.

    DATED at Denver, Colorado, this 6 day of February, 2015.

                                    FOR THE COURT,

                                    JEFFREY P. COLWELL, Clerk

                                    By: s/T.Schaffer
                                        Deputy Clerk